UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANORA A. WINSOR,<br><br>                              Plaintiff,<br>      v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                             Defendant. | Case No. 2:14-cv-00347-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to Substitute – Dkt. #11) |

This matter is before the court on the Substitution of Attorneys (Dkt. #11) filed June 9, 2014.  Hal Taylor seeks leave to be substituted in the place of John C. Boyden as counsel for Plaintiff Janora A. Winsor.  LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  In addition, any stipulation to substitute shall only be by leave of court. LR IA 10-6(c).  Plaintiff filed a Complaint (Dkt. #1) on March 6, 2014.  Plaintiff served the Summons and Complaint on Defendant on May 3, 2014.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1.  The Substitution of Counsel (Dkt. #11) is APPROVED.

2.  Hal Taylor is substituted in the place of John C. Boyden as counsel for Plaintiff Janora A. Winsor, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 13th day of June, 2014.

                                                                                 _____<br>
                                                                                 PEGGY A. LEEN<br>
                                                                                 UNITED STATES MAGISTRATE JUDGE