DANIEL G. BOGDEN
United States Attorney
District of Nevada
HEATHER M. MOSS, DCBN 995773
Assistant Regional Counsel
 160 Spear Street, Suite 800
 San Francisco, CA 94105
 Phone: 415-977-8826
 Fax: 415-744-0134
 Email: heather.moss@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANORA R. WINSOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Case No. 2:14-cv-00347-GMN-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Remand, due on September 29, 2014, by 30 days, through and including October 29, 2014. There is good cause for this request because agency counsel assigned to the case will be out of the country from September 12, 2014, through September 26, 2014. More time is necessary in order to responsibly research and brief this case. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on September 10, 2014.

//

//

-1-

Respectfully submitted this 10th day of September 2014.

                            DANIEL G. BOGDEN
                            United States Attorney

                            /s/ *Heather M. Moss*
                            HEATHER M. MOSS
                            Assistant Regional Counsel

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

                            IT IS SO ORDERED:

                            UNITED STATES MAGISTRATE JUDGE
                            DATED: September 12, 2014

**CERTIFICATE OF SERVICE**

I, **Heather M. Moss**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

    Manuel Deeter Serpa
    Law Offices of Harry and Charles Binder, P.C.
    770 The City Drive South
    Orange, CA 92868
    714-564-8644
    Email: manuel.serpa@binderlawfirm.com

    Hal Taylor
    223 Marsh Avenue
    Reno, NV 89509
    775-825-2223
    Fax: 775-329-1113
    Email: haltaylorlawyer@gbis.com

Dated this 10th day of September 2014.

                                             /s/ *Heather M. Moss*
                                             HEATHER M. MOSS
                                             Assistant Regional Counsel