UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANORA R. WINSOR,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　Defendants. | Case No.:   2:14-cv-00347-GMN-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

　　　Before the Court for consideration is the Report and Recommendation, (ECF No. 26), of the Honorable Peggy A. Leen, United States Magistrate Judge, entered September 12, 2016.

　　　Pursuant to Local Rule IB 3-2(a), objections were due by September 26, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Peggy A. Leen's Recommendation should be accepted.

　　　Accordingly,

　　　**IT IS ORDERED** that the Report and Recommendation, (ECF No. 26), is **ACCEPTED**.

　　　**IT IS FURTHER ORDERED** that Janora Winsor's Motion to Reverse/Remand, (ECF No. 18), is **GRANTED IN PART and DENIED IN PART**.  The Commissioner's final decision in this matter is remanded for further proceedings pursuant to the Report and Recommendation, (ECF No. 26).

///

///

///

///

**IT IS FURTHER ORDERED** that Carolyn Colvin's Cross-Motion to Affirm, (ECF No. 21), is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this __26__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court