UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANORA R. WINSOR,<br><br>      Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Cause Number: 2:14-cv-00347-GMN-PAL |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, Janora R. Winsor, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff is awarded $4,675.48 (Four Thousand Six Hundred Seventy Five and Forty Eight Cents) in attorney fees in full satisfaction of any claim for fees, costs and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plus $400.00 (Four Hundred Dollars and Zero Cents) in court costs payable from the Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, the award will be made payable and sent to Plaintiff's counsel, in accordance with Plaintiff's assignment of EAJA fees.

**ORDER**

It is so ordered.

Dated this 22 day of March, 2017.

_____
HONORABLE Gloria M. Navarro
Chief United States District Judge

Respectfully submitted,

/s/ Hal Taylor
Hal Taylor
Local Of Counsel
223 Marsh Avenue
Reno, NV 89505
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

1

Consented to:

/s/ Patel Sundeep
PATEL SUNDEEP
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration