✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

Janora R. Winsor

**Attorney's Fees**

**JUDGMENT IN A CIVIL CASE**

V.

Nancy A. Berryhill
Acting Commissioner Soc. Security

Case Number:  2:14-cv-347-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for attorney's fees in favor of plaintiff for $4,675.48 pursuant to Order #30

March 22, 2017

/s/ Debra K. Kempi

_____
Date

_____
Clerk

/s/ Justin Matott

_____
(By) Deputy Clerk