AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Janora R. Winsor

              Plaintiff,

v.

Carolyn W. Colvin

              Defendant.

**ATTORNEY FEES**

JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-00347-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for Attorney Fees in favor of Plaintiff against Defendant in the amount of $16,565.00.

December 14, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk